UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| IN RE: CHARLES KENNETH HEDGES, | ) | Case No. 09-15295-SSM |
|  | ) |  |
| Debtor. | ) | Chapter 7 |
|  | ) |  |

## **NOTICE OF RESCHEDULED MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the hearing date for the meeting of creditors has been rescheduled from August 5, 2009 at 3:00 p.m. to **August 19, 2009 at 4:00 p.m.**, and will be held at the Office of the United States Trustee at 115 S. Union Street, Suite 206, Alexandria, VA.

NOTICE IS FURTHER GIVEN that the deadline for filing a complaint objecting to the Debtor's discharge under § 727(a) and § 523(c) of the Code does not change and is stated on the original § 341 meeting notice previously sent to creditors.

NOTICE IS FURTHER GIVEN THAT Kevin R. McCarthy, Esquire, will remain the Chapter 7 Trustee.

Date: August 5, 2009            NOTICE GIVEN BY:

                                            /s/ Gordon P. Peyton
                                        Gordon P. Peyton, Counsel for Debtor
                                        REDMON, PEYTON & BRASWELL, LLP
                                        510 King Street, Suite 301
                                        Alexandria, VA 22314
                                        State Bar No.: 5155
                                        Telephone No.: (703) 684-2000

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2009, a copy of the foregoing Notice of Rescheduled Meeting of Creditors was mailed, first-class, postage prepaid, to:

| | |
|---|---|
| Kevin R. McCarthy, Trustee | U.S. Trustee's Office |
| 1751 Pinnacle Drive, Suite 1115 | 115 S. Union Street, Suite 210 |
| McLean, VA  22102 | Alexandria, VA  22314 |

and to all parties on the attached list.

    /s/ Gordon P. Peyton
    Gordon P. Peyton

Stephen B. Wood, Esq.
4520 East West Hwy., #200
Bethesda, MD 20814

AMO Recoveries
P.O. Box 926100
Norcross, GA 30010-6200

Assoc. Recovery Systems
P.O. Box 469046
Escondido, CA 92046

American Express
P.O. Box 6618
Omaha, NE 68105

Americo Life
c/o Stuart Allan & Assoc., Inc.
5447 E. 5th St., Ste. 110
Tucson, AZ 85711

AMO Recoveries
25221 Country Club Blvd., #200
North Olmsted, OH 44070

Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL 60714-4610

Bank of America
P.O. Box 440290
Aurora, CO 80044

Bank of America
4161 Piedmont Pkwy.
NC4-105-02-51
Greensboro, NC 27410-8110

Bierman, Geesing & Ward, LLC
4520 East West Hwy., Ste. 200
Bethesda, MD 20814

Business Bank
c/o Richard A. Golden, Esq.
10627 Jones St., #101B
Fairfax, VA 22030

Capital Mgmt. Services, LP
726 Exchange St., Ste. 700
Buffalo, NY 14210

Cavalry Portfolio Services
7 Skyline Dr., 3rd Fl.
Hawthorne, NY 10532

CBCS
P.O. Box 69
Columbus, OH 43216

CCC of NY
P.O. Box 288
Tonawanda, NY 14150-0288

Chase Bank USA, NA
800 Brooksedge Blvd.
Westerville, OH 43081

Christopher S. Moffitt, Esq.
218 North Lee St.
Alexandria, VA 22314

Creditors Financial Group, LLC
3131 South Vaughn Way, #110
Aurora, CO 80014

Creditors Financial Group, LLC
3131 South Waughn Way, #110
Aurora, CO 80014

DHL Express
P.O. Box 504266
Saint Louis, MO 63150

Discover Card
P.O. Box 15316
Wilmington, DE 19850-5316

Donald Gay
1803 N. Highland St.
Arlington, VA 22201

Dr. Joe Annabali
1489 Chain Bridge Rd.
Mc Lean, VA 22101

Eric Baldueza
4405 Stone Dr., #105
Fairfax, VA 22033

Fairfax Co. Dept. of Taxation
12000 Government Ctr. Pkwy.
Ste. 357
Fairfax, VA 22035

First Source Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228

FMS, Inc.
4915 South Union Ave.
Tulsa, OK 74107

Focus Receivables Mgmt.
P.O. Box 723060
Atlanta, GA 31139

Geofreeze Construction Corp.
1045 Colvin St.
Alexandria, VA 22314

Indy Mac Bank
6900 Beatrice Dr.
Kalamazoo, MI 49009-9559

IndyMac Loan Servicing
P.O. Box 78826
Phoenix, AZ 85062-8826

LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074

LVNV Funding, LLC
P.O. Box 10584
Greenville, SC 29603

NCB Mgmt. Services, Inc.
P.O. Box 1099
Langhorne, PA 19047

Paragon Way
P.O. Box 707600
Tulsa, OK 74170

Paragon Way, Inc.
2101 W. Ben White Blvd., #103
Austin, TX 78704

Petro Fuel Co.
6873 Lee Highway
Arlington, VA 22213

Receivables Specialist, Inc.
P.O. Box 26570
Tamarac, FL 33320-6570

Robert Oliveri, Esq.
803 Sycolin Rd., SE, Ste. 301
Leesburg, VA 20175-5654

Superior Asset Mgmt., Inc.
1000 Abernathy Rd., Ste. 165
Atlanta, GA 30328

The Washington Post
1150 12th Street, NW
Washington, DC 20071

The Washington Post
P.O. Box 79101
Baltimore, MD 21279-0101

U.S. Trustee's Office
115 S. Union St., #210
Alexandria, VA 22314

United Agencies
c/o Ron McDevitt
7404 N. Atlantic Ave.
Cape Canaveral, FL 32920

Viking Collection Service, Inc
7500 Office Ridge Circle
Eden Prairie, MN 55344-3678

Wachovia Bank, N.A.
P.O. Box 3117
Winston Salem, NC 27102

Wachovia/FTU
P.O. Box 3117
Winston Salem, NC 27102

Washington Gas Light Co.
c/o Nationwide Credit Corp.
5633 Cherokee Ave.
Alexandria, VA 22312-2307

Wolpoff & Abramson, LLP
702 King Farm Blvd.
Rockville, MD 20850