IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

_____
                                            )
IN RE:  CHARLES KENNETH HEDGES,  )        Case No. 09-15295-SSM
                                            )
            Debtor.                         )        Chapter 7
_____)

## NOTICE OF CORRECTION OF CREDITOR'S ADDRESS

        YOU ARE HEREBY NOTIFIED that the correct address for creditor Geofreeze

Construction Corporation is 3045 Colvin Street, Alexandria, VA  22314.

                                            CHARLES KENNETH HEDGES
                                            By Counsel


REDMON, PEYTON & BRASWELL, LLP


By:      /s/ Gordon P. Peyton
        Gordon P. Peyton (VSB #5155)
        510 King Street, Suite 301
        Alexandria, VA  22314
        (703) 684-2000
        (703) 684-5109 (fax)
        Counsel to the Debtor

## CERTIFICATE OF SERVICE

        I hereby certify that on this 20th day of August, 2009, a true copy of the foregoing Notice
of Correction of Creditor's Address was mailed, first-class, postage prepaid, to:

Kevin R. McCarthy, Trustee              Barbara J. Yentzer, President
1751 Pinnacle Drive, Suite 1115         Geofreeze Construction Corporation
McLean, VA  22102                       3045 Colvin Street
                                        Alexandria, VA  22314
U.S. Trustee's Office
115 South Union Street
Alexandria, VA  22314


                                          /s/ Gordon P. Peyton
                                            Gordon P. Peyton